## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In Re:** | : | Case No. 15-22561-DER |
| | : | |
| Katarina Giselle Madison | : | Chapter 13 |
| | : | |
| Katarina Giselle Madison | : | |
| | : | |
| Plaintiff | : | Adv. Proc. No. 16-00287-DER |
| | : | |
| vs. | : | |
| | : | |
| David L. Ruben, *et al.* | : | |
| | : | |
| Defendants | : | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 101.2(a)(1) of the U.S. District Court for the District of Maryland, I hereby move for leave to have my appearance withdrawn as counsel for Defendants, David L. Ruben and David L. Ruben, P.A. in the above-captioned matter. Jason R. Waters shall remain counsel for Defendants.

DATED:  January 19, 2017

                                              Respectfully submitted,

                                              */s/ Peter A. Coleman*
                                              Peter A. Coleman (Md. Fed. Bar No. 17692)
                                              WILSON ELSER MOSKOWITZ
                                              EDELMAN AND DICKER LLP
                                              500 E. Pratt Street, Suite 600
                                              Baltimore, MD 21202
                                              Tel. 410-539-1800
                                              Fax. 410-962-8758
                                              Peter.Coleman@wilsonelser.com

644577v.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that July 19, 2017, I caused a true copy of the foregoing to be served via the Court's electronic filing system upon:

Robert J. Haeger, Esq.
11403 Seneca Forest Circle
Germantown, MD 20876
*Attorney for Debtor/Plaintiff*

                                                    */s/ Peter A. Coleman*
                                                    Peter A. Coleman (Md. Fed. Bar No. 17692)

644577v.1